UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA SOLIS, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>51 ST. & 8TH AVE. CORP.; LOEWS CORONADO HOTEL CORPORATION; and LOEW'S HOTELS, INC.,<br><br>　　　　　　　　　　　　　Defendants. | Case No.:  3:23-cv-01161-JES-AHG<br><br>**ORDER GRANTING JOINT MOTION, VACATING EARLY NEUTRAL EVALUATION CONFERENCE, AND SETTING STATUS CONFERENCE**<br><br>**[ECF No. 4]** |

   Before the Court is the parties' joint motion to vacate the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") currently scheduled for July 25, 2023. ECF No. 4. The parties represent to the Court that they have confirmed a private mediation with Steven Rottman on January 11, 2024. *Id*. at 3. In anticipation of the mediation, the parties have agreed to exchange informal discovery by November 27, 2023. *Id*. Thus, the parties request that the ENE and CMC be vacated or continued. *Id*. at 4. Good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** the following:

1.    The ENE and CMC set for July 25, 2023, are **VACATED**.

2.    The Court **SETS** a Status Conference for **November 30, 2023** at **1:30 p.m.** before the Honorable Allison H. Goddard *via videoconference*. The purpose of the conference is to ensure that the informal exchange of documents and data is completed, and to address any disputes that have arisen.

    A.    No later than **November 28, 2023**, each party must submit to the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) the names, titles, and email addresses of all attendees. The Court will then send out the Zoom invitation to all attendees.

    B.    All participants shall display the same level of professionalism during the Status Conference and be prepared to devote their full attention to the Status Conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Counsel are advised that although the Status Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

3.    By **January 18, 2024**, the parties must jointly notify the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) regarding the status of the case after mediation.

4.    Plaintiff's motion to remand must be filed no later than **January 22, 2024**.

**IT IS SO ORDERED.**

Dated:  July 18, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge